# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LESLIE JOHN JENSEN

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 04-CV-474

UNITED STATES OF AMERICA

**Decision by Court.** This action came on for consideration before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Leslie John Jensen's petition under 18 U.S.C. § 2255 be and the same is hereby DENIED; and

IT IS FURTHER ORDERED AND ADJUDGED that this action be and the same is hereby DISMISSED with prejudice.

APPROVED:  s/ J. P. Stadtmueller
           U.S. District Judge

July 11, 2007                                JON W. SANFILIPPO
Date                                         Clerk

                                             s/ Patricia K. Blackburn
                                             (By) Deputy Clerk